47 A.3d 1177

Allen ABNEY, Petitioner

v.

COMMONWEALTH of Pennsylvania, Respondent.

No. 71 EM 2012.

Supreme Court of Pennsylvania.

July 9, 2012.

## ORDER

PER CURIAM.

AND NOW, this 9th day of July, 2012, the Application for Leave to File Original Process is **GRANTED**, and the "Petition for Writ of Habeas Corpus/Appropriate Relief" is **DENIED**.

47 A.3d 1177

Willie STOKES, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 64 EM 2012.

Supreme Court of Pennsylvania.

July 9, 2012.

## ORDER

PER CURIAM.

AND NOW, this 9th day of July, 2012, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.